IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM LOPRESTI, Individually and as parent and natural guardian of G.L. and E.L., minor children,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS ROADHOUSE, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO.: **1:18-CV-02244-MLB** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, William LoPresti, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the above-captioned case without prejudice, no Answer or other responsive pleadings have been filed.

Respectfully submitted this 5th day of July, 2018.

MARLER CLARK, LLP, PS

William D. Marler
1012 First Avenue, Fifth Floor
Seattle, WA 98104
T: 206-346-1888
bmarler@marlerclark.com